THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS McDERMOTT, Appellant.— Judgment of conviction and order of the County Court of Queens county unanimously affirmed pursuant to the provisions of section 542 of the Code of Criminal Procedure. Present — Lazansky, P. J., Rich, Young, Kapper and Tompkins, JJ.

WILLIAM REIMER, Appellant, v. HENRY WENZ, Respondent.— Upon consent in open court, order denying plaintiff's motion for the entry of an interlocutory judgment, to appoint a referee to take and state the account between the parties, and to direct defendant, as receiver, to wind up the partnership, reversed and motion granted to the extent of directing the entry of an interlocutory judgment and the appointment of an official referee to take and state the account. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

STEPHEN TONELLA and EMMA J. LYMAN, as Executors, etc., of CHARLES TONELLA, Deceased, Respondents, v. FISHKILL RURAL CEMETERY, Appellant, and FLORENCE P. SCHRADER, Defendant.— Judgment unanimously affirmed, with costs. While we are of opinion that the action was not properly brought by the plaintiffs' testator, all the parties are now before the court and this action in equity may be determined upon the present pleadings. In effect the action is one on behalf of defendant Schrader. Upon the facts presented at the trial, we are of opinion that the cemetery was not warranted in preventing the erection of the mausoleum. In addition to the findings upon which this judgment is predicated, we find that the plaintiffs' testator proceeded with diligence in the performance of the contract and that the mausoleum proposed to be erected was neither offensive, improper nor injurious to the appearance of the surrounding lot or grounds. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ. Settle order on notice. [135 Misc. 81.]

JACK M. WOODFORD, on Behalf of Himself and All Others Similarly Situated, Respondent, v. RUBEL COAL AND ICE CORPORATION, a Corporation, Appellant.— Appeal dismissed. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

ASSOCIATED SCREEN NEWS, INC., Respondent, v. WILLIAM K. HEDWIG, Appellant, and Others, Defendants.— Application denied (See rule 26 of the rules of this court, in effect November 1, 1929), without prejudice to a motion for leave to open default and extend time.

EMANUEL AUFIERO, Respondent, v. ADELE AUFIERO and Others, Appellants. AMERICAN TRUST COMPANY, Defendant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.